IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BARBARA WRIGHT, | ) | |
| Plaintiff, | ) ) ) ) | |
| vs. | ) | No. CIV-14-1046-W |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On October 7, 2015, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this matter and recommended that the decision of Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), to deny the Applications for Disability Insurance Benefits and Supplemental Security Income filed by plaintiff Barbara Wright be reversed. Magistrate Judge Jones further recommended that this matter be remanded to the Commissioner for additional administrative proceedings. The parties were advised of their right to object, but no objections to the Report and Recommendation have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Jones' determination that the administrative law judge's failure to use the Psychiatric Review Technique at step two of the five-step sequential evaluation process to rate the severity of Wright's medically determinable mental impairment of anxiety warrants reversal and remand.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 25] issued on October 7, 2015;

(2) REVERSES the Commissioner's decision to deny Wright's Applications for Disability Insurance Benefits and Supplemental Security Income;

(3) REMANDS this matter to the Commissioner pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative action in accordance with this Order and consistent with Magistrate Judge Jones' Report and Recommendation; and

(4) ORDERS that judgment pursuant to this Order issue forthwith.

ENTERED this 29th day of October, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE